IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BOBBY JOE STEPHENS                                                                                          PLAINTIFF

vs.                                              Civil No. 1:12-cv-1100

MIKE MCGOUGH, Union County Sheriff;
and LT. GRIER                                                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 20, 2013 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 11). Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) be dismissed with prejudice for willful failure to comply with three Court orders. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. See 28 U.S.C. § 636(b)(1). After reviewing the record *de novo*, the Court finds that Judge Bryant's Report and Recommendation should be adopted in its entirety. Accordingly, the Court hereby adopts Judge Bryant's Report and Recommendation, and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 9th day of July, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge